UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

           v.           Miscellaneous Case No. 10-mc-18- JNL

<u>Joseph Marino</u>

## O R D E R

After due consideration of the objection filed, I herewith approve the [12] Report and Recommendation of Magistrate Judge Muirhead dated March 24, 2010.

It is ordered that the taxpayer, Joseph Marino, obey the summons and that he appear on April 26, 2010 at 9:00 a.m. at 719 Main Street, Laconia, New Hampshire, before Sonia J. Cryan, to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of October 1, 2009.

It is further ordered that the government be awarded its costs.

SO ORDERED.

April 9, 2010                          <u>/s/ Joseph N. Laplante</u>
                                            Joseph N. Laplante
                                            United States District Judge

cc:    Gretchen Leah Witt, AUSA
        Joseph Marino, <u>pro</u> <u>se</u>